# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

**CASE NO.**  26-20027-HLT-JBW

ALEXIS GUZMAN-OLEA,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**REENTRY OF PREVIOUSLY REMOVED ALIEN**
**[8 U.S.C. § 1326(a)]**

On or about March 27, 2026, in the District of Kansas, the defendant,

**ALEXIS GUZMAN-OLEA,**

an alien, meaning a person who is not a citizen and national of the United States, who

was removed and deported from the United States on or about July 29, 2024, at or near

San Luis, Arizona; and on or about August 23, 2024, at or near San Luis, Arizona; and

who failed to obtain the express consent of the Secretary of Homeland Security to reapply

1

for admission to the United States was found in the United States after knowingly and voluntarily reentering the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.


 April 8, 2026                                    s/Foreperson
DATE                                            FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Scott C. Rask*
Scott C. Rask
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Scott.Rask@usdoj.gov
Ks. S. Ct. No. 15643

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

2

## **PENALTIES**

### **Count 1:  Reentry by Previously Removed Alien**

- Punishable by a term of imprisonment of not more than two years.  8 U.S.C. § 1326(a).

- A term of supervised release of not more than one year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).